# EXHIBIT 1

# SAUL EWING ARNSTEIN & LEHR LLP

Vincent M. Canale

Phone: 312.876.6940

vincent.canale@saul.com

www.saul.com

April 19, 2018

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Mr. Michael Pietrzak
655 West Irving Park Road
Unit 3917
Chicago, Illinois 60613

Re: Creditor: Park Place Tower 1 Condominium Association
Unit: 655 West Irving Park Road, Unit 3917
Parking Space: B41
Amount of Debt: $3,249.75

## NOTICE AND FINAL DEMAND FOR PAYMENT

Dear Unit Owner(s):

The undersigned has been retained by Park Place Tower 1 Condominium Association, (the original creditor, whose mailing address is 655 West Irving Park Road, Chicago, Illinois 60613) to collect unpaid condominium common expense assessments and related charges owed by you with respect to the above referenced condominium unit through April 19, 2018 in the amount of $3,249.75 (the "Debt"), broken down as follows:

| | |
|---|---|
| Charges through 4/19/2018 per attached Occupant Ledgers | $2,692.38 |
| Parking Space | $ 317.37 |
| Legal/Collection Charge | $ 240.00 |
| | $3,249.75 |

Pursuant to Section 9-104.1 of the Illinois Code of Civil Procedure, demand is hereby made for payment in full of the Debt within (30) days from the date of this Notice and Final Demand for Payment. Unless full payment of the Debt is made on or before thirty (30) days after the date of service of this Notice and Final Demand for Payment, your right to possession of the above-referenced condominium unit will be terminated and we will file suit under the Illinois Eviction Act, 735 ILCS 5/9 et. seq.

UNLESS THE ASSOCIATION EXPRESSLY AGREES OTHERWISE IN WRITING, ONLY FULL PAYMENT OF THE AMOUNTS DEMANDED IN THIS NOTICE WILL WAIVE THE ASSOCIATION'S RIGHT TO PROCEED WITH LEGAL ACTION AGAINST YOU AND YOUR UNIT.

**WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

## SAUL EWING ARNSTEIN & LEHR LLP

Michael Pietrzak
April 19, 2018
Page 2

Federal law gives you thirty days after you receive this Notice and Final Demand to dispute the validity of the Debt or any part of it. If you do not dispute it within that period, we will assume that it is valid. If you do dispute it – by notifying me in writing to that effect – we will, as required by the law, obtain and mail to you proof of the Debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the creditor named above, we will also furnish you with that information. If you request proof of the Debt or the name and address of the original creditor within the thirty-day period that begins with your receipt of this letter, the law requires me to suspend my efforts to collect the Debt until I mail the requested information to you.

Saul Ewing Arnstein & Lehr LLP are the attorneys for the Association engaged for the purpose of collecting the Debt. Written communications to Saul Ewing Arnstein & Lehr LLP concerning the Debt should be addressed to Vincent M. Canale, Saul Ewing Arnstein & Lehr LLP, 161 North Clark Street, Suite 4200, Chicago, Illinois 60601.

**YOUR CERTIFIED CHECK OR MONEY ORDER IN FULL PAYMENT OF THE DEBT MADE PAYABLE TO PARK PLACE TOWER 1 CONDOMINIUM ASSOCIATION,** should be directed to Doreen S. Myron at 161 North Clark Street, Suite 4200, Chicago, Illinois 60601.

SAUL EWING ARNSTEIN & LEHR LLP

Vincent M. Canale

VMC:dsm

cc: Michael Pietrzak, (by regular mail)
William Dyckman, Operations Manager (by email)

**WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

## CERTIFICATE OF SERVICE

Doreen S. Myron, being first duly sworn on oath, deposes and states that on April 19, 2018, (a) I caused the attached Notice and Final Demand for Payment to be placed in an envelope and deposited in the U.S. Mail at 161 North Clark Street, Chicago, Illinois, 60601 with postage prepaid, for delivery by certified mail, return receipt requested, to Michael Pietrzak at 655 West Irving Park Road, Unit 3917, Chicago, Illinois 60613 and (b) I caused a true copy of the attached Notice and Final Demand for Payment to be placed in an envelope and deposited in the U.S. Mail at 161 North Clark Street, Chicago, Illinois, 60601 with postage prepaid, for delivery by first class mail to Michael Pietrzak at 655 West Irving Park Road, Unit 3917, Chicago, Illinois 60613.

_____
Doreen S. Myron

SUBSCRIBED AND SWORN TO
before me this ____ day of April, 2018

_____
NOTARY PUBLIC

**WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**