UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Michael Pietrzak
                                                     Plaintiff,

v.                                                                      Case No.: 1:18−cv−06314
                                                                                    Honorable Manish S. Shah

Saul Ewing Arnstein & Lehr LLP
                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 6, 2018:

      MINUTE entry before the Honorable Manish S. Shah: All fact discovery must be noticed in time to be completed by 4/30/19. Any requests to amend the pleadings must be made by 2/26/19. The parties may email agreed confidentiality orders to proposed_order_shah@ilnd.uscourts.gov. Status hearing on 11/7/18 is stricken and reset to 2/28/19 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.