## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Michael Pietrzak, et al.
                              Plaintiff,

v.                                          Case No.: 1:18−cv−06314
                                            Honorable Manish S. Shah

Saul Ewing Arnstein & Lehr LLP
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2019:

MINUTE entry before the Honorable Manish S. Shah: The joint motion for preliminary approval [30] is granted. The settlement falls within the range of approval, because it was the product of an arm's length negotiation informed by discovery and provides tangible relief to class members in an amount commensurate with any actual harm suffered discounted for litigation risk. The potential attorney's fees and incentive awards are reasonable and do not detract from the benefits to the class. The proposed notice is simply worded and adequately informs class members. The notice plan is well designed to achieve contact with class members. For settlement purposes, the proposed class satisfies Rule 23. It is numerous and describes common and typical claims that are adequately represented by the named plaintiffs and counsel, and a class action is superior to individual adjudication. A final approval hearing is set for 1/23/20 at 9:30 a.m. Enter preliminary approval order. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.