# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PIETRZAK, JASON A. OSBORNE AND LISA OSBORNE, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>SAUL EWING ARNSTEIN & LEHR, a limited liability partnership,<br><br>        Defendant. | Case No. 1:18 CV 06314<br><br>Judge Manish S. Shah<br><br>Magistrate Judge Susan E. Cox |

## DECLARATION BY KENNETH M. DUCDUONG

I, the undersigned, an attorney retained by the Plaintiffs, certify under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and accurate to my knowledge and information.

    1.    I, Kenneth M. DucDuong, was a graduate of the John Marshall Law School, Chicago in 2005 and was admitted to practice law to the Illinois Supreme Court that same year. I am currently a member in good standing of the Illinois State Bar Association. I received a Master of Business Administration from Loyola University School of Business, Chicago in 2002 and a master's degree from the California State University in 1997. I did his undergraduate study and received a Bachelor of Arts degree from the University of California at Davis in 1991. After clerking for a bankruptcy law firm, I now focus on general consumer fraud and class action litigation. Since 2011, I have participated as a volunteer attorney at the legal clinic for the Chinese American Service League.

    2.    I am admitted to practice before the United States District Court for the Northern District of Illinois, Illinois Supreme Court, the Seventh Circuit Court of Appeals,

1

the District Court for the Northern District of California, the District Court of Minnesota, and in good standing status in this District.

3. My current practice focuses on consumer law, commercial and consumer contract disputes, the Illinois Human Rights Act, the False Claims Act, consumer fraud, including the Fair Debt Collection Practices Act, junk faxes, the Truth in Lending Act, the Fair Credit Reporting Act, and other consumer fraud litigation.

4. I have experience as the primary attorney in prosecuting and defense, or was materially involved at some point in the litigation, in the following representative cases and decisions: *Cox et al. v. Fosco Fullett Rosenlund, P.C., et al.*, Case No. 07-cv-6592 (N.D. Illinois) (FDCPA); *Nguyen v. Medco Financial Associates, Inc.*, Case No. 08-cv-5496 (N.D. Illinois) (FDCPA); *Rozovics Law Firm et al. v. Midwest Investigations, Inc. et al.*, Case No. 08-cv-5157 (N.D. Illinois) (denied defendants' motion to dismiss); *MFG Financial Inc. v. Smith*, Case No. 07-M1-186503 (Cook County, Illinois) (contract); *Le v. Matsas & Associates, P.C. et al.*, Case No. 07-M1-160342 (Cook County, Illinois) (contract); *Wong v. Park et al.*, Case No. 2008-L-1805 (Cook County); *Citibank NA v. Wilczewski et al.*, Case No. 08-M1-26747 (Cook County, Illinois); *Sliumpiene v. Szczotarska*, Case No. 07-3530 (N.D. Illinois) (R.I.C.O action); *Bogdan v. Rick J. Erickson*, Case No. 09-2490 (N.D. Illinois) (FDCPA); *Nguyen v. Medco Financial Associates, Inc.*, Case No. 08-5496 (N.D. Illinois) (FDCPA); *Green v. TCF Bank*, Case No. 09-6299 (N.D. Illinois) (EFTA action); *Drager et al. v. Broadway Supermarket, Inc.*, Case No. 09-6481 (N.D. Illinois) (FRCA class certified); *EMCASCO v. Broadway Supermarket, Inc. et al.*, Case No. 2010 CH 6457 (Illinois); *Drager v. PNC Bank, N.A.*, 2010 U.S. Dist. LEXIS 100610 (N.D. Ill. Sept. 16, 2010); *Drager v. Bridgeview Bank*, 2011 U.S. Dist. LEXIS 62861 (N.D. Ill. June 13, 2011); *Velazquez v. Fair Collections & Outsourcing, Inc.*, 2013 U.S. Dist. LEXIS

2

124895 (N.D. Ill. Aug. 30, 2013); *McCarter v. Kovitz Shifrin Nesbit*, 13CV3909 (ND Ill.); *Scehura v. Kovitz Shifrin Nesbit*, 14CV8838 (ND Ill.); *Lill v. Kovitz Shifrin Nesbit*, 14CV2647, *USA v. France*, 00CR1061 (ND Ill.)

5. Although my firm generally undertakes consumer litigation cases on a contingency basis, my fee-paying clients have paid an hourly rate of between $300 and $400, depending on the complexity and nature of the case. I seek the rate of $400 here.

6. Based on a review of my time records, I attest that I incurred approximately 59.5 hours of time on this file, for a total of $23,800, and expended $573.00 in costs.

I, the undersigned attorney, declare and certify, under the penalty of perjury, that the foregoing statements are true and accurate, to the best of my knowledge and belief.

                                           */s/Kenneth M. DucDuong*
                                           Kenneth M. DucDuong

Kenneth M. DucDuong
KMD Law Office, Ltd.
4001 W. Devon Ave., Ste.332
Chicago, IL 60646
Tel.: 312.997.5959
E-Mail: kducduong@kmdlex.com