# EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PIETRZAK, JASON A. OSBORNE AND LISA OSBORNE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SAUL EWING ARNSTEIN & LEHR, a limited liability partnership,<br><br>Defendant. | Case No. 1:18 CV 06314<br><br>Judge Manish S. Shah<br><br>Magistrate Judge Susan E. Cox |

**CERTIFICATION OF STACY M. BARDO**

I, Stacy M. Bardo, certify as follows in support of Plaintiffs' counsel's request for approval of the negotiated $45,000 attorney fee award contemplated by the parties' Class Settlement Agreement:

**Experience and Qualifications**

1. I am a member in good standing of the following courts:

Supreme Court of Illinois - November 9, 2000

U.S. District Court, Northern District of Illinois - December 21, 2000

U.S. Court of Appeals, Seventh Circuit - December 23, 2003

U.S. District Court, Eastern District of Wisconsin - December 12, 2007

U.S. District Court, Northern District of Indiana - September 18, 2008

U.S. District Court, Western District of Michigan – March 2, 2016

U.S. Court of Appeals, Ninth Circuit – June 19, 2018

U.S. District Court, Western District of Wisconsin – May 30, 2019

1

2. I am beginning the twentieth year of my consumer law practice. I was employed as an attorney at the Consumer Advocacy Center, P.C. from November of 2000 to September of 2015, at which point I left the firm to establish my own consumer law firm, Bardo Law, P.C.

3. I am a May 2000 graduate of Loyola University Chicago School of Law and a June 1997 graduate of Northwestern University.

4. I am a member of the Trial Bar for the U.S. District Court for the Northern District of Illinois. From November of 2015 to November of 2018, I served as Co-Chair to the Board of Directors for the National Association of Consumer Advocates, an organization of which I have been a member since 2000. I am also a 19-year member of the Illinois State Bar Association and the Chicago Bar Association. At the Chicago Bar Association, I served for three years as Vice Chair of the Consumer Law Committee and currently am Legislative Liaison for the Committee. I am the past Vice President and Secretary of the Associate Board for CARPLS, a Chicago-area free legal services hotline, and annually serve on the Steering Committee for the organization's fundraising events.

5. I routinely speak on various consumer law topics and have been an invited speaker at CLE events hosted by PLI, IICLE, the Illinois Creditors' Bar Association, the National Association of Consumer Advocates, and the National Consumer Law Center. I have presented annually at the National Consumer Law Center's Fair Debt Collection Practices Act Conference. A sampling of my presentations include: October 2007, Chicago Bar Association - *New Lawyer Tool Kit - Potential Consumer Law Causes of Action*; May 2008, National Association of Consumer Advocates - *How to Avoid Auto Arbitration*; February 2009 - National Consumer Law Center - *FDCPA Fundamentals*; May 2010 - National

2

Association of Consumer Advocates - *Defending and Attacking Auto Repossessions*; February 2011 - Chicago Bar Association - *Practice Tracks: Consumer Law and Class Action Litigation*; March 2011 - National Consumer Law Center - *Statute of Limitations and Choice of Law Rules*; February 2012 - National Consumer Law Center - *FDCPA Practice & Litigation: Errors to Avoid in an FDCPA Practice*; April 2012 - Illinois Institute for Continuing Legal Education - *First Steps for Clients Facing Default on Consumer Credit Cards*; March 2013 - National Consumer Law Center - *Debt Collectors' Defensive Strategies*; April 2013 - Chicago Bar Association - *Mortgage Foreclosure Law and Practice Update*; November 2013 - Illinois Creditors' Bar Association Seminar - *Collection Law Update*; March 2014 - National Consumer Law Center - *Debt Collectors' Defensive Strategies*; November 2014 - National Consumer Law Center - *How to Successfully Manage a New Consumer Law Practice…and Rookie Mistakes to Watch Out For*; March 2015 - National Consumer Law Center - *Ethics Panel*; October 2015 - Webinar Sponsored by the National Association of Consumer Advocates – *Pursuing Affirmative Consumer Claims in the Mortgage and Residential Landlord/Tenant Area*; March 2016 - National Consumer Law Center – *The Bona Fide Error Defense and Other Updates*; October 2016 – MYRA Talks - *Being Your Own Consumer Advocate: Credit, Collection & Auto Tips*; March 2017 - National Consumer Law Center - *FDCPA Training Seminar*; June 2017 – Mel & Co. - *Fair Credit Reporting & Consumer Law: Achieving Financial Independence For Women*; May 2018 – PLI – 23rd Annual Consumer Financial Services Institute – *What's Trending Now: Cutting Edge Consumer Financial Services Updates*; May 2019 – PLI – 24th Annual Consumer Financial Services Institute – *Consumer Advocates Speak.*

**My Hourly Rate**

6. I have been principally involved in dozens of cases brought pursuant to consumer credit and consumer fraud statutes and have had my requested hourly rate approved on numerous occasions. Numerous courts have approved me as class counsel in consumer cases, including but not limited to the following reported decisions: *Sanders v. OSI Educ. Servs.*, 2001 U.S. Dist. LEXIS 12578 (N.D. Ill. Aug. 3, 2001); *Kort v. Diversified Collections Servs., Inc.*, 2001 U.S. Dist. LEXIS 20988 (Dec. 17, 2001); *McCabe v. Crawford & Co.*, 210 F.R.D. 631 (N.D. Ill. 2002); *Weniger v. Arrow Fin. Servs., LLC*, 2004 U.S. Dist. LEXIS 26248 (N.D. Ill. Dec. 21, 2004); *Ayzelman v. Statewide Credit Servs. Corp.*, 238 F.R.D. 358 (E.D.N.Y. 2006); *Burns v. First Am. Bank*, 2006 U.S. Dist. LEXIS 92159 (N.D. Ill. Dec. 19, 2006); *Flores v. Diamond Bank*, 2008 U.S. Dist. LEXIS 91097 (N.D. Ill. Nov. 7, 2008); *Subedi v. Merchant*, 2010 U.S. Dist. LEXIS 48190 (N.D. Ill. May 17, 2010); *Rogers v. Khatra Petro, Inc.*, 2010 U.S. Dist. LEXIS 103599 (N.D. Ind. Sept. 29, 2010); *Nash v. CVS Caremark Corp.*, 2011 U.S. Dist. LEXIS 145053 (D. R.I. Dec. 9, 2011); *Bergman v. Kindred Healthcare, Inc.*, 949 F. Supp. 2d 852 (N.D. Ill. June 11, 2013); *Date v. Sony Electronics*, 2013 U.S. Dist. LEXIS 108095 (E.D. Mich. July 31, 2013); *Jonsson v. USCB, Inc.*, 2015 U.S. Dist. LEXIS 69934 (C.D. Cal. May 28, 2015).

7. My current hourly rate is $525.00. That rate has been set in part based on previous approvals of my rate. *See*, *e.g.*, *Brown v. Willis*, Case No. 17 M6 002098 (Circuit Court of Cook County, Municipal Department, January 24, 2018) (approving attorney's fees on judgment affidavit at $500.00 hourly rate); *McCoy v. Core Allowance Group*, No. 16 C 9633 (N.D Ill. January 23, 2017) (approving attorney's fees on motion for default and judgment at specified hourly rate of $500.00); *Funderburk v. Wirbicki, et al.*, No. 13 C 4848 (N.D. Ill.

4

February 17, 2016) (approving award of $70,000 fee in class settlement at $500.00 hourly rate); *Jonsson v. USCB, Inc.*, 2015 U.S. Dist. LEXIS 69934 (C.D. Cal. May 28, 2015) (approving award in class settlement at $500.00 hourly rate).

8. I also considered numerous factors in setting my rate and in attesting to the rates of other consumer attorneys including:

(a) Appropriate adjustments made to previously approved rates based on increased experience, reputation in the consumer law field, and inflation and rising costs per the Consumer Price Index;

(b) A consideration of a reasonable figure clients will agree to in their retainer agreements and are willing to pay for certain legal work;

(c) The rates approved by courts for local consumer attorneys. *See, e.g., Stockman v. Global Credit & Collection Corp.*, 2015 U.S. Dist. LEXIS 111113 (N.D. Ill. Aug. 21, 2015) ($300.00 hourly rate approved in an FDCPA case for attorneys with only a combined 4 years of experience); *Arch v. Glendale Nissan*, 2005 U.S. Dist. LEXIS 12198 (N.D. Ill. June 7, 2005) ($300.00 hourly rate approved 12 years ago in an autofraud case for attorney based on Laffey Matrix); *Reid v. Unilever United States, Inc.*, 2015 U.S. Dist. LEXIS 75383 (N.D. Ill. June 10, 2015) ($558.00 hourly rate approved for lawyer with more than 10 years of experience in consumer protection and class action litigation in a consumer fraud, Magnuson-Moss warranty class case); *Castro v. Lloyd & McDaniel, PLC*, 2016 U.S. Dist. LEXIS 127658 (S.D. Ind. Sept. 19, 2016) (In approving rate of $575.00 per hour in the Southern District of Indiana for consumer attorney with 25 years of experience, court noted, "Keogh has a national practice, which includes work under the FDCPA, and he stated that his market rate would be around $661.00 per hour. Indeed, Keogh stated that the rate being

5

requested by the Philipps firm should be higher than requested, given the firm's national prominence. *Id.* Similarly, Edelman's consumer law practice is also national in nature, and he stated his market rate was $700.00 per hour." (internal citations omitted)); and

(d) The rates charged by Illinois consumer law attorneys, as reported in the annual Consumer Law Attorney Fee Survey Report. The average hourly rate for consumer law attorneys generally, with 16-20 years of experience, was $536.00 back in 2015-2016.

**Time Spent Herein**

9. I keep contemporaneous time records using my firm's Amicus Online cloud billing program and certify that I have spent 43 hours of time on this file, not including finalization of the final approval materials. At my hourly rate of $525.00 per hour, Bardo Law, P.C.'s total fee as of January 16, 2020 is $22,575.00. Combined with my co-counsel's fees and costs, we are requesting approval of the negotiated $45,000 fee, which is slightly less than our accumulated lodestar.

10. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2020

By: /s/ Stacy M. Bardo

Stacy M. Bardo
Bardo Law, P.C.
22 West Washington Street, Suite 1500
Chicago, Illinois 60602
(312) 219-6980
stacy@bardolawpc.com

6